**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number: |
|---|---|---|
| RABBIT TANAKA CORPORATION USA, and RABBIT TANAKA CORP., LTD. | v. | FILED<br>March 11, 2008   TG<br>08cv1455<br>Judge KENDALL<br>Magistrate Judge NOLAN |
| WALGREEN CO., and TRADEWINDS INTERNATIONAL ENTERPRISES, INC. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RABBIT TANAKA CORPORATION, USA and
RABBIT TANAKA CORP., LTD.

| | |
|---|---|
| NAME (Type or print)<br>John R. Crossan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John R. Crossan | |
| FIRM<br>Chapman and Cutler LLP | |
| STREET ADDRESS<br>111 W. Monroe St. | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0548367 | TELEPHONE NUMBER<br>(312) 845-3420 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐