# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

RABBIT TANAKA CORPORATION USA, and
RABBIT TANAKA CORP., LTD.

v.

WALGREEN CO., and TRADEWINDS
INTERNATIONAL ENTERPRISES, INC.

Case Number:

FILED
March 11, 2008   TG
08cv1455
Judge KENDALL
Magistrate Judge NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RABBIT TANAKA CORPORATION, USA and
RABBIT TANAKA CORP., LTD.

| | |
|---|---|
| NAME (Type or print) <br> Robert J. Schneider | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert J. Schneider | |
| FIRM <br> Chapman and Cutler LLP | |
| STREET ADDRESS <br> 111 W. Monroe St. | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02499223 | TELEPHONE NUMBER <br> (312) 845-3919 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |