## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1455        Assigned/Issued By: j. n.

Judge Name:                  Designated Magistrate Judge:

---

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350                      Receipt #: 2605316
Date Payment Rec'd: 3-11-08           Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                    
    *(Type of Writ)*                     *(Type of issuance)*

_2_ Original and _0_ copies on _3-11-08_ as to _all defendants_
                              *(Date)*