## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Rabbit Tanaka Corporation, USA, et al.

                                    Plaintiff,

v.                                                                      Case No.: 1:08−cv−01455

                                                                     Honorable Frederick J. Kapala

Walgreen Co.,, et al.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Temporary restraining order hearing held on 3/13/2008. Plaintiff's Motion for TRO [8] is denied. Status hearing set for 3/24/2008 at 11:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.