UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rabbit Tanaka Corporation, USA a Texas corporation, and Rabbit Tanaka Corporation, Ltd. a Hong Kong corporation,<br>**Plaintiffs**<br><br>v.<br><br>Walgreen Co., an Illinois corporation, and Tradewinds International Enterprises, Inc. a California corporation,<br>**Defendants** | Case No. 08cv-1455<br><br>Hon. Virginia M. Kendall |

## NOTICE OF MOTION

TO:   See Attached Service List

    **PLEASE TAKE NOTICE** that on **March 24, 2008 at 11:00 am** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Virginia M. Kendall, Courtroom 2319,** United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall than and there present the **MOTION OF DEFENDANTS FOR LEAVE TO APPEAR BY TELEPHONE,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

    **AT WHICH TIME AND PLACE** you may appear if you so see fit.

1

Respectfully submitted,

THE ECLIPSE GROUP LLP

Dated:  March 19, 2008                        /s/ Gregory B. Gulliver
                                              Gregory B. Gulliver, Esq.

Enrique Perez
THE ECLIPSE GROUP LLP                         Attorneys for Defendants
100 Tri-State International                   Walgreens Co. and
Suite 128                                     Tradewinds International Enterprises, Inc.
Lincolnshire, IL 60069
Phone: (847)282-3550
Fax: (847)574-8035
eperez@eclipsegrp.com

Edward F. O'Connor
O'Connor Christensen and McLaughlin
1920 Main Street
Suite 150
Irvine, California 92614
Phone:  (949) 851-5000
Fax:  (949) 851-5051
efo@eclipsegrp.com

## CERTIFICATE OF SERVICE

Martha Mezyk certifies that he caused to be served a true copy of the above and foregoing notice upon the attached Service List in the manner and on March 19, 2008.

_____
Martha Mezyk


**VIA ELECTRONIC MAIL**

Robert J. Schneider
John R. Crossan
Counsel for Plaintiff
**Rabbit Tanaka Corporation, USA**
Champman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603
Fax: (312) 803-5299
Telephone: (312)845-3919
bschneid@chapman.com
crossan@chapman.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rabbit Tanaka Corporation, USA a Texas corporation, and Rabbit Tanaka Corporation, Ltd. a Hong Kong corporation,<br>**Plaintiffs**<br><br>v.<br><br>Walgreen Co., an Illinois corporation, and Tradewinds International Enterprises, Inc. a California corporation,<br>**Defendants** | Case No.  08cv-1455<br><br>Hon. Virginia M. Kendall |

### DEFENDANTS' MOTION FOR LEAVE TO APPEAR BY TELEPHONE

On Monday, March 24, 2008, this Court will hold a status hearing to set a briefing schedule on Plaintiffs' Motion for Preliminary Injunction ("Plaintiffs' Motion"), and a hearing for presentment of Defendants' Motion To Stay, Dismiss Or Transfer This Case To The Central District Of California ("Defendants' Motion").  Defendants' trial counsel, Mr. Edward F. O'Connor and Mr. Craig McLaughlin, are in California and will be unable to appear in person.

Defendants will be represented in Court on Monday, March 24 by local counsel, Enrique Perez.  However, Defendants request leave for their trial counsel to appear by telephone.  Mr. O'Connor may be reached at (949)291-2894.  Mr. McLaughlin may be reached at (949)338-7353.  Defendants will present the Court with Applications pro hac vice for admission of its trial counsel at the Monday, March 24 hearing through its local counsel.

1

Respectfully submitted,

THE ECLIPSE GROUP, LLP.

Dated:  March 19, 2008                    /s/ Gregory B. Gulliver
                                                        Gregory B. Gulliver, Esq.

Enrique Perez
THE ECLIPSE GROUP, LLP                    Attorneys for Defendants
100 Tri-State International                    Walgreens Co. and
Suite 128                                                  Tradewinds International Enterprises, Inc.
Lincolnshire, IL 60069
Phone: (847)282-3550
Fax: (847)574-8035
eperez@eclipsegrp.com

Edward F. O'Connor
O'Connor Christensen and McLaughlin
1920 Main Street
Suite 150
Irvine, California 92614
Phone: (949) 851-5000
Fax: (949) 851-5051
efo@eclipsegrp.com

2