IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RABBIT TANAKA CORPORATION, USA a Texas corporation, and RABBIT TANAKA CORPORATION, LTD. a Hong Kong corporation, | ) ) ) ) ) ) | No.  08 CV 1455 |
| Plaintiffs, | ) ) | Judge Kendall |
| v. | ) ) | |
| WALGREEN CO., an Illinois corporation, and TRADEWINDS INTERNATIONAL ENTERPRISES, INC., a California corporation, | ) ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) | |

**RABBIT TANAKA'S NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(i), F.R.Civ.P,
BEFORE ANY ANSWER OR SUMMARY JUDGMENT PLEADING**

Plaintiffs respectfully withdraw their Complaint and dismiss this action without prejudice before any Answer or Summary Judgment pleading by Defendants, under Rule 41(a)(1)(i), F.R.Civ.P., the matters involved in this and the corresponding California case having been settled.

A status hearing set on March 13 to be held at 11:00 am on March 24, 2008, may be canceled.  Defendants' 2 motions filed on March 19 for the same hearing, are now moot.

Respectfully submitted,

March 20, 2008                    ___/R J Schneider /_____
                                 Robert J. Schneider
                                 John R. Crossan

0992446

CHAPMAN AND CUTLER LLP
111 W. Monroe St., #1700
Chicago, IL  60603
312/845-3919
bschneid@chapman.com
Counsel for Plaintiff


CERTIFICATE OF SERVICE

A true copy of the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(i), F.R.Civ.P, BEFORE ANY ANSWER OR SUMMARY JUDGMENT PLEADING** is being served on Defendants' counsel this 20th day of March, 2008, by e-mail and by US mail, postage prepaid, addressed as follows:


Edward O'Connor, Esq.
Becky v. Christensen, Esq.
Craig McLaughlin, Esq.
O'Connor, Christensen and McLaughlin
The Eclipse Group LLP
1920 Main Street, #150
Irvine, CA  92614
    and
efo@eclipsegrp.com
bvc@eclipsegrp.com
cml@eclipsegrp.com

Enrique Perez, Esq.
Gregory B. Gulliver, Esq.
The Eclipse Group LLP
100 Tri-State International, #128
Lincolnshire, IL  60069
    and
eperez@eclipsegrp.com


  /R.J. Schneider/_____
Counsel for Plaintiffs